## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**TRAVIS MICHAEL JOHNSON,**

    **Plaintiff,**

**v.**                                                                        **No. 19-cv-1034 JB/SMV**

**EXB SOLUTIONS, INC.,**

    **Defendant.**

### ORDER TO FILE CLOSING DOCUMENTS

A settlement was reached in this matter at the settlement conference held on August 13, 2021.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **October 15, 2021**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**